Case 1:17-cr-00029-JPJ   Document 178   Filed 07/15/24   Page 1 of 1   Pageid#: 12338

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
July 15, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

United States of America )
v. )
Dwight L. Bailey )
 )  Case No: 1:17CR00029 & 1:17CR00036
 )  USM No: 21952-084
 )
Date of Original Judgment: 02/08/2019 )
Date of Previous Amended Judgment: _____ )  Erin Trodden, AFPD
*(Use Date of Last Amended Judgment if Any)*           *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 151 months **is reduced to** 121 months, but not less than time served.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/08/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/15/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James P. Jones,  Senior United States District Judge
*Printed name and title*